# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KEVIN J. PITRE

NO. 2019 KW 0862

OCT 2 8 2019

---

In Re:     Kevin J. Pitre, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge,
           No. 02-03-0299.

---

**BEFORE:  HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT APPLICATION DISMISSED.**  There is no record of relator
being adjudicated or sentenced as a habitual offender by the
Nineteenth Judicial District Court in docket number 02-03-0299.
This court takes judicial cognizance of jurisprudence that shows
relator was convicted of three counts of carnal knowledge of a
juvenile and subsequently adjudicated and sentenced as a
habitual offender in docket no. 65996 in the Thirteenth Judicial
District Court (Evangeline Parish).  The Third Circuit Court of
Appeal has supervisory jurisdiction over matters originating
from Evangeline Parish.  See La. R.S. 13:312.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT